# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2609
_____

DARRYL SCHNEIDER,

Appellant,

v.

FLORIDA GOVERNOR RONALD
DESANTIS,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Jonathan E. Sjostrom, Judge.


January 28, 2026

PER CURIAM.

DISMISSED. *See Hoffman v. Hall*, 817 So. 2d 1057, 1058 (Fla. 1st DCA 2002) ("An order which merely grants a motion to dismiss but does not actually enter a final judgment is nonfinal and nonappealable").

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____


Darryl Schneider, pro se, Appellant.

No appearance for Appellee.